**FILED**

JAN 13 2020

CLERK, U.S BANKRUPTCY COURT
SOUTHERN DISTRICT, ILLINOIS

1 | Michelle R. Ghidotti-Gonsalves, Esq. (SBN 232837)
2 | Kristin A. Zilberstein, Esq. (SBN 200041)
　 | GHIDOTTI | BERGER
3 | 1920 Old Tustin Ave.
　 | Santa Ana, CA 92705
4 | Tel: (949) 427-2010
　 | Fax: (949) 427-2732
5 | Email: mghidotti@ghidottiberger.com

6 | Authorized Agent for Secured Creditor,
　 | Reliant Loan Servicing LLC

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF ILLINOIS– BENTON DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| Leo J. Whitlock and Gina M. Whitlock, | BK Case No.: 17-40913 |
| Debtor. | WITHDRAWAL OF Notice of Mortgage Payment Change (Doc in Claims register filed on October 10, 2019 related to Claim#2) |

Reliant Loan Servicing LLC, its Successors and Assigns, hereby withdraws Notice of

Mortgage Payment Change (Doc in Claims register filed on October 10, 2019 related to Claim#2).


Dated: January 7, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Agent for Reliant Loan Servicing LLC, its
　　　　　　　　　　　　　　　　　　　　　　　　　　Successors and Assigns

WITHDRAWAL

## CERTIFICATE OF SERVICE

On January 7, 2020, I served the foregoing documents described as Withdrawal on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTOR
Ronald Allan Buch
Email: Belleville@tbcwam.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Lauren Simonton

On January 7, 2020, I served the foregoing documents described as Withdrawal on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

| DEBTOR | TRUSTEE |
|---|---|
| Leo J. Whitlock | Russell C Simon |
| 12 Edgewood Rd | Chapter 13 Trustee |
| Mount Vernon, IL 62864-2625 | 24 Bronze Pointe |
| | Swansea, IL 62226 |
| JOINT DEBTOR | |
| Gina M. Whitlock | U.S. TRUSTEE |
| 12 Edgewood Rd | Office of the U.S. Trustee |
| Mount Vernon, IL 62864-2625 | Becker Bldg, Room 1100 |
| | 401 Main St |
| | Peoria, IL 61602 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Lauren Simonton

## CERTIFICATE OF SERVICE

On January 7, 2020, I served the foregoing documents described as Withdrawal on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTOR
Ronald Allan Buch
Email: Belleville@tbcwam.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Lauren Simonton
Lauren Simonton

On January 7, 2020, I served the foregoing documents described as Withdrawal on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

| DEBTOR<br>Leo J. Whitlock<br>12 Edgewood Rd<br>Mount Vernon, IL 62864-2625<br><br>JOINT DEBTOR<br>Gina M. Whitlock<br>12 Edgewood Rd<br>Mount Vernon, IL 62864-2625 | TRUSTEE<br>Russell C Simon<br>Chapter 13 Trustee<br>24 Bronze Pointe<br>Swansea, IL 62226<br><br>U.S. TRUSTEE<br>Office of the U.S. Trustee<br>Becker Bldg, Room 1100<br>401 Main St<br>Peoria, IL 61602 |
|---|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Lauren Simonton
Lauren Simonton