**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Leo J. Whitlock |
| Debtor 2 (Spouse, if filing) | Gina M. Whitlock |
| United States Bankruptcy Court for the: | Southern      District of   Illinois (State) |
| Case number | 17-40913-lkg |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Reliant Loan Servicing LLC

**Court claim no.** (if known): 2

**Last 4 digits** of any number you use to identify the debtor's account:    4    3    6    7

**Date of payment change:**
Must be at least 21 days after date of this notice      12  /01  / 2019

**New total payment:**
Principal, interest, and escrow, if any      $ 656.17

---

**Part 1:  Escrow Account Payment Adjustment**

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No

   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 147.65      New escrow payment: $ 189.30

---

**Part 2:  Mortgage Payment Adjustment**

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No

   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%      New interest rate: _____%

   Current principal and interest payment: $ _____      New principal and interest payment: $ _____

---

**Part 3:  Other Payment Change**

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No

   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____      New mortgage payment: $ _____

---

Debtor 1    Leo J. Whitlock
            _____          Case number (*if known*) 17-40913-lkg
            First Name    Middle Name    Last Name                    _____

---

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Michelle R. Ghidotti-Gonsalves
  _____          Date  10 / 10 / 2019
  Signature                                               _____

Print:     Michelle R. Ghidotti-Gonsalves                 Title  AUTHORIZED  AGENT
           _____              _____
           First Name    Middle Name    Last Name

Company    Ghidotti Berger, LLP
           _____

Address    1920 Old Tustin Ave
           _____
           Number        Street
           Santa Ana, CA 92705
           _____
           City          State      ZIP Code

Contact phone  (949 ) 427 _ 2010          Email  mghidotti@ghidottiberger.com
               _____               _____

---

SN Servicing Corporation                          Final
323 FIFTH STREET
EUREKA, CA  95501
For Inquiries:  (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date:  October 07, 2019

JOHN M DONOVAN
GINA M WHITLOCK
GINA M WHITLOCK                              Property Address:
12 EDGEWOOD RD                               12 EDGEWOOD DRIVE
MOUNT VERNON IL  62864                       MOUNT VERNON, IL  62864

### Annual Escrow Account Disclosure Statement
### Account History

This is a statement of actual activity in your escrow account from Dec 2018 to Nov 2019.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Dec 01, 2019: |
|---|---|---|
| Principal & Interest Pmt: | 466.87 | 466.87 |
| Escrow Payment: | 181.47 | 189.30 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $648.34 | $656.17 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Oct 01, 2019 |
| Escrow Balance: | (133.48) |
| Anticipated Pmts to Escrow: | 362.94 |
| Anticipated Pmts from Escrow (-): | 762.66 |
| Anticipated Escrow Balance: | ($533.20) |

| Date | Payments to Escrow Anticipated | Actual | Payments From Escrow Anticipated | Actual | Description | Escrow Balance Required | Actual |
|---|---|---|---|---|---|---|---|
| | | | | | Starting Balance | 110.06 | (721.32) |
| Dec 2018 | 157.07 | | 46.97 | | * Forced Place Insur | 220.16 | (721.32) |
| Dec 2018 | | | | 46.77 | * Escrow Disbursement | 220.16 | (768.09) |
| Jan 2019 | 157.07 | | 46.97 | | * Forced Place Insur | 330.26 | (768.09) |
| Jan 2019 | | | | 46.77 | * Escrow Disbursement | 330.26 | (814.86) |
| Feb 2019 | 157.07 | | 46.97 | | * Forced Place Insur | 440.36 | (814.86) |
| Feb 2019 | | | | 46.77 | * Escrow Disbursement | 440.36 | (861.63) |
| Mar 2019 | 157.07 | | 46.97 | | * Forced Place Insur | 550.46 | (861.63) |
| Mar 2019 | | | | 51.43 | * Escrow Disbursement | 550.46 | (913.06) |
| Apr 2019 | 157.07 | 362.94 | 46.97 | | * Forced Place Insur | 660.56 | (550.12) |
| Apr 2019 | | | | 51.43 | * Escrow Disbursement | 660.56 | (601.55) |
| May 2019 | 157.07 | 362.94 | 46.97 | | * Forced Place Insur | 770.66 | (238.61) |
| May 2019 | | | | 51.43 | * Escrow Disbursement | 770.66 | (290.04) |
| Jun 2019 | 157.07 | 544.41 | 46.97 | | * Forced Place Insur | 880.76 | 254.37 |
| Jun 2019 | | | | 51.43 | * Escrow Disbursement | 880.76 | 202.94 |
| Jul 2019 | 157.07 | 181.47 | 46.97 | | * Forced Place Insur | 990.86 | 384.41 |
| Jul 2019 | | | | 51.27 | * Escrow Disbursement | 990.86 | 333.14 |
| Aug 2019 | 157.07 | 181.47 | 46.97 | | * Forced Place Insur | 1,100.96 | 514.61 |
| Aug 2019 | | | | 51.19 | * Escrow Disbursement | 1,100.96 | 463.42 |
| Aug 2019 | | | | 676.17 | * County Tax | 1,100.96 | (212.75) |
| Sep 2019 | 157.07 | | 660.58 | | * County Tax | 597.45 | (212.75) |
| Sep 2019 | | 181.47 | 46.97 | | * Forced Place Insur | 550.48 | (31.28) |
| Sep 2019 | | | | 51.16 | * Escrow Disbursement | 550.48 | (82.44) |
| Oct 2019 | 157.07 | | 46.97 | 51.04 | * Forced Place Insur | 660.58 | (133.48) |
| Nov 2019 | 157.07 | | 46.97 | | * Forced Place Insur | 770.68 | (133.48) |

Page 1

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Nov 2019 | | | 660.58 | * County Tax | 110.10 | (133.48) |
| | | | | Anticipated Transactions | 110.10 | (133.48) |
| Oct 2019 | 181.47 | | 51.04 | Forced Place Insur | | (3.05) |
| Nov 2019 | 181.47 | | 660.58 | County Tax | | (482.16) |
| Nov 2019 | | | 51.04 | Forced Place Insur | | (533.20) |
| | $1,884.84 | $2,177.64 | $1,884.80 | $1,989.52 | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Last year, we  anticipated that payments from your account would be made during this period equaling 1,884.80.  Under Federal law, your lowest monthly balance should not have exceeded 314.13 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

SN Servicing Corporation                     Final
For Inquiries:  (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date:  October 07, 2019

JOHN M DONOVAN

### Annual Escrow Account Disclosure Statement
### Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
|---|---|---|---|---|---|
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | (533.20) | 111.35 |
| Dec 2019 | 162.44 | 51.04 | Forced Place Insur | (421.80) | 222.75 |
| Jan 2020 | 162.44 | 51.04 | Forced Place Insur | (310.40) | 334.15 |
| Feb 2020 | 162.44 | 51.04 | Forced Place Insur | (199.00) | 445.55 |
| Mar 2020 | 162.44 | 51.04 | Forced Place Insur | (87.60) | 556.95 |
| Apr 2020 | 162.44 | 51.04 | Forced Place Insur | 23.80 | 668.35 |
| May 2020 | 162.44 | 51.04 | Forced Place Insur | 135.20 | 779.75 |
| Jun 2020 | 162.44 | 51.04 | Forced Place Insur | 246.60 | 891.15 |
| Jul 2020 | 162.44 | 51.04 | Forced Place Insur | 358.00 | 1,002.55 |
| Aug 2020 | 162.44 | 51.04 | Forced Place Insur | 469.40 | 1,113.95 |
| Sep 2020 | 162.44 | 676.17 | County Tax | (44.33) | 600.22 |
| Sep 2020 | | 51.04 | Forced Place Insur | (95.37) | 549.18 |
| Oct 2020 | 162.44 | 51.04 | Forced Place Insur | 16.03 | 660.58 |
| Nov 2020 | 162.44 | 51.04 | Forced Place Insur | 127.43 | 771.98 |
| Nov 2020 | | 660.58 | County Tax | (533.15) | 111.40 |
| | $1,949.28 | $1,949.23 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.) Your escrow balance contains a cushion of 111.40.  A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs.  Under Federal law, your lowest monthly balance should not exceed 324.87 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is (533.20).  Your starting balance (escrow balance required) according to this analysis should be $111.35.  This means you have a shortage of 644.55. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days.  We have decided to collect it over 24 months.

We anticipate the total of your coming year bills to be 1,949.23.  We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---|
| Unadjusted Escrow Payment | 162.44 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 26.86 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $189.30 |

**Paying the shortage:** If your shortage is paid in full, your new monthly payment will be $629.31 (calculated by subtracting the Shortage Amount to the left and rounding, if applicable). Paying the shortage does not guarantee that your payment will remain the same, as your tax or insurance bills may have changed. If you would like to pay the shortage now, please pay the entire amount of the shortage before the effective date of your new payment. To ensure that the funds are posted to your account correctly, please notify your asset manager that you are paying the shortage.

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated**

## **CERTIFICATE OF SERVICE**

On October 10, 2019, I served the foregoing documents described as Notice of Mortgage Payment Change on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTOR
Ronald Allan Buch
Email: Belleville@tbcwam.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Lauren Simonton
Lauren Simonton

On October 10, 2019, I served the foregoing documents described as Notice of Mortgage Payment Change on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

| DEBTOR | TRUSTEE |
|---|---|
| Leo J. Whitlock | Russell C Simon |
| 12 Edgewood Rd | Chapter 13 Trustee |
| Mount Vernon, IL 62864-2625 | 24 Bronze Pointe |
| | Swansea, IL 62226 |
| JOINT DEBTOR | |
| Gina M. Whitlock | U.S. TRUSTEE |
| 12 Edgewood Rd | United States Trustee |
| Mount Vernon, IL 62864-2625 | Becker Bldg, Room 1100 |
| | 401 Main St |
| | Peoria, IL 61602 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Lauren Simonton
Lauren Simonton